AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine ☑

| | |
|---|---|
| Francine A. Fuller<br>and<br>Peter A. Pietroski<br><br>*Plaintiff(s)*<br>v.<br>WVMF Funding, LLC<br>and Wilmington Savings Fund Society, FSB<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-00290-NT<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wilmington Savings Fund Society, FSB
500 Delaware Avenue, 11th Floor
Attn: Corporate Trust
Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas A. Cox, Esq.
P.O. Box 1314
Portland, Maine 04104

tac@gwi.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/12/2021

*[signature]*
Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00290-NT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILMINGTON SAVINGS FUND SOCIETY, FSB
was received by me on *(date)* 10/15/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARY ALICE MORAN (authorized person at the agent), who is designated by law to accept service of process on behalf of *(name of organization)* WILMINGTON SAVINGS FUND SOCIETY, FSB 500 DELAWARE AVE. WILMINGTON, DE 19801 on *(date)* 10/15/2021 at 12:40 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/15/2021

*Server's signature*

DENORRIS BRITT
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED: Summons, Complaint & Scheduling Conference Order

# AFFIDAVIT OF SERVICE

This Affidavit of Service is made in connection with the matter of *Fuller et al. v. WVMF Funding, LLC and Wilmington Savings Fund Society, FSB*, U.S District Court of Maine Case Number 1:21-cv-00290-NT.

I DENORRIS BRITT hereby depose and say:

1. My name is DENORRIS BRITT

2. I am authorized by the laws of the State of Delaware to serve civil process as a Delaware process server

3. On the date of October 15TH, 2021 at 12:40 PM o'clock [AM/PM] I served named defendant Wilmington Savings Fund Society, FSB, at 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801, with a copies of the Summons, Complaint by delivery in hand to MARY ALICE MORAN at the aforesaid address.

DATED: October 15, 2021

DENORRIS BRITT
Delaware Process Server

DELEWARE
NEW CASTLE, SS.

Personally appeared the above signed D. BRITT before me this 15TH day of October 2021 and being duly sworn, stated that the foregoing statements made by him are true.

Notary Public

[SEAL]

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
Commission Expires   August 25, 2022