# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRANCINE A. FULLER<br><br>and<br><br>PETER A. PIETROSKI<br><br>  PLAINTIFFS,<br><br>  v.<br><br>WVMF FUNDING, LLC,<br><br>and<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I<br><br>  DEFENDANTS | Civil Action: 1:21-cv-00290-NT |

## PLAINTIFFS' STATUS REPORT

Plaintiffs Francine Fuller and Peter Pietroski ("Plaintiffs"), through their undersigned counsel, in accordance with this Court's June 29, 2022 Procedural Order (ECF 29), provide this status report. Plaintiffs have conferred with counsel for Defendants, and Plaintiffs concur with the suggested deadlines contained in Defendant's August 26, 2022 Status Report (ECF 30).

Respectfully submitted:

Date: August 29, 2022

/s/ Jonathan E. Selkowitz
Jonathan E. Selkowitz, Bar No. 5711
Pine Tree Legal Assistance, Inc.
88 Federal St.
P.O. Box 547
Portland, ME  04112-0547
(207) 400-3207
jselkowitz@ptla.org

/s/ Thomas A. Cox
Thomas A. Cox, Esq., Bar No. 1248
P.O. Box 1314
Portland, ME 04014
(207) 749-6671
tac@gwi.net

*Attorneys for Plaintiffs Fuller and Pietroski*

## CERTIFICATE OF SERVICE

I affirm that on this date I caused a true and correct copy of the foregoing Plaintiffs' Status Report to be served via the ECF System on all parties of record, including:

William Fogel, Esq.
Bendett & McHugh, PC
30 Danforth St., Ste 104
Portland, ME 04101
Wfogel@bmpc-law.com

*Counsel for Defendants*

Dated: August 29, 2022 /s/ Jonathan E. Selkowitz
Jonathan E. Selkowitz, Me. Bar No. 5711
Pine Tree Legal Assistance, Inc.
P.O. Box 547
88 Federal Street
Portland, ME. 04112
(207) 400-3207
jselkowitz@ptla.org